# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF FLORIDA

Keith Chan                          Plaintiff

v.

Hector Lasalle, Erik Carlson        Defendants

FILED BY ___ D.C.
OCT 07 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No:

Jury Trial Demanded

Complaint

1. Defendant Erik Carlson is CEO of the company which owned the apartment where Plaintiff resides, as the former owner claimed in his sworn affidavit,

2. Defendants conspired together and deprived Plaintiff of due process in 2024-07032.

3. This Court has jurisdiction under the RICO Act.

## PRAYER FOR RELIEF

Plaintiff demands $1 Billion against Defendants.

## VERIFICATION

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746, 18 U.S.C. § 1621.

Executed on: 9/17/25

Keith Chan
8705 19th Ave
Brooklyn, NY 11214

NEW YORK NY 100

30 SEP 2025 PM 9 L

1775



US Court Clerk's office

400 North Miami Avenue

Miami, FL 33128

33128-180199

OCT 07 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI
REC'D.             D.C.